# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briskman, Arthur B. | US Bankruptcy Court | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

135 West Central Boulevard
Suite 950
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-Employed: Student Advocate for Public School children with special needs |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 09/13 to 09/15/11 | Washington, DC | Legislative Committee | Meals, Lodging, Transportation |
| 2. | Mid South Bankruptcy Bar Association | 12/01 to 12/02/11 | Nashville, TN | Speaker at 32nd Annual Mid South Seminar | Meals, Lodging, Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Putnam Investment Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 2. First Eagle Global Fund Class A- Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 3. Wells Fargo - Checking | A | Interest | K | T | | | | | |
| 4. MFS Growth Fund Class A Mutual Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. Davis NY Venture - Mutual (IRA) | A | Dividend | J | T | | | | | |
| 6. Transamerica - IDEX JCC BalancedClass A Mutual (IRA) | A | Dividend | J | T | | | | | |
| 7. Hendon LP Limited Partnership - Scranton, PA | G | Rent | O | U | | | | | |
| 8. Western Assets Money Market | A | Interest | J | T | | | | | |
| 9. Transamerica - INDEX Asset Allocation Mutual (IRA) | A | Interest | L | T | Buy | 08/31/11 | J | | |
| 10. Health Care Reit (IRA) | A | Interest | J | T | | | | | |
| 11. Harleysville Group Inc. (BOND)(IRA) | A | Interest | J | T | | | | | |
| 12. Jennison Natural Resources FD CL C (Mutual)(IRA) | A | Dividend | K | T | | | | | |
| 13. Jennison 20/20 Focus Fund CL A (MUT) (IRA) | A | Dividend | J | T | | | | | |
| 14. Citibank - DJIA (NOTES)(IRA) | A | Interest | | | Sold | 10/21/11 | J | A | |
| 15. Transamerica Index Int'l (Mutual)(IRA) | A | Dividend | | | Sold | 08/31/11 | J | A | |
| 16. Heineken (Stock)(IRA) | A | Dividend | | | Sold | 05/29/11 | J | B | |
| 17. Powershares Exchange (Mutual) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Transamerica Short Term (Bond) | A | Int./Div. | J | T | | | | | |
| 19. Citibank - Deposit (IRA) | A | Interest | | | Sold | 02/01/11 | J | A | |
| 20. Transamerica Multi-Mgr Alt Strat Portfol CL C (Mutual)(IRA) | A | Dividend | | | Sold | 08/31/11 | J | A | |
| 21. Transamerican Alt Strategies (Mutual) (IRA) | B | Dividend | | | Sold | 08/31/11 | J | A | |
| 22. Viacom (Bond) (IRA) | A | Interest | | | Sold | 05/02/11 | J | A | |
| 23. PPL Energy Supply (Bond) (IRA) | A | Interest | J | T | | | | | |
| 24. Pimco Multi Asset (IRA) | A | Dividend | J | T | | | | | |
| 25. Unit Clay, Zacks Income (Unit Trust)(IRA) | A | Interest | J | T | | | | | |
| 26. Units FTP, Nat Gas (Unit Trust)(IRA) | A | Interest | K | T | | | | | |
| 27. Nextel (Bond)(IRA) | A | Interest | | | Sold | 08/12/11 | J | A | |
| 28. Citizens Common (Bond)(IRA) | A | Interest | J | T | | | | | |
| 29. Delux Corp (Bond)(IRA) | A | Interest | J | T | | | | | |
| 30. Tesoro Corp (Bond)(IRA) | A | Interest | J | T | | | | | |
| 31. NJ EDA Pension (Mun Bond)(IRA) | A | Interest | J | T | | | | | |
| 32. Trans American Short Term (Bond)(IRA) | A | Interest | J | T | | | | | |
| 33. Prudential - Bond | A | Interest | K | T | Buy | 04/27/11 | J | | |
| 34. | | | | | Buy | 08/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Chemical Bond - IRA | A | Interest | J | T | Buy | 05/24/11 | J | | |
| 36. Transocean Bond - IRA | A | Interest | J | T | Buy | 11/30/11 | J | | |
| 37. GAP Bond - IRA | A | Interest | J | T | Buy | 10/25/11 | J | | |
| 38. AAM Navil Dial Income Trust Bond - IRA | A | Interest | J | T | Buy | 04/27/11 | J | | |
| 39. First Trust Capital Strength Portfolio Mutual - IRA | A | Interest | K | T | Buy | 05/24/11 | J | | |
| 40. | | | | | Buy | 06/20/11 | J | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Secton VII, Item No. 3 in 2011 Report:  Name Change to Wells Fargo - Checking this item was listed as Wachovia Bank - Checking in Item No. 4 in the 2010 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544